AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rovner, Ilana D. | 7th Circuit Court of Appeals | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (active) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Court of Appeals
219 S. Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Emertius, Board of Trustees | Illinois Institute of Technology |
| 2. | Member, Board of Overseers | IIT-Chicago Kent College of Law |
| 3. | Life Member, Board of Directors | Shirley Ryan Ability Lab (Formerly Rehabilitation Institue of Chicago) |
| 4. | Trustee | Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Monthly | ▦ Retirement Plan of Deceased Spouse See Note 1 | $10,038.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Industrial Development Bank of Israel, Ltd. - Israel Bonds | | None | | | Matured | 09/27/16 | K | | |
| 2. IRA Acct #5 (H) | | | | | | | | | |
| 3. -Fidelity Government Cash Reserves | A | Dividend | K | T | | | | | |
| 4. -Fidelity Government Income | A | Dividend | K | T | Sold (part) | 11/28/16 | J | | |
| 5. -Fidelity Government Money Mkt | | None | J | T | Sold (part) | 11/28/16 | J | | |
| 6. -Fidelity GNMA Fund | A | Dividend | J | T | Sold (part) | 11/28/16 | J | A | |
| 7. -Fidelity Canada | A | Dividend | J | T | Sold (part) | 11/28/16 | J | A | |
| 8. Trust #1 - Account No. 2 (H) | | | | | | | | | |
| 9. -Sch AMT TF Money Market Fd (SWFXX) | A | Dividend | N | T | | | | | |
| 10. -Sch AMT Tax-Free Money Mt fd (SWWXX) | A | Dividend | M | T | | | | | |
| 11. -Intel Corp CS | A | Dividend | J | T | | | | | |
| 12. -Marriott Intl Inc. Cl A CS | C | Dividend | N | T | | | | | |
| 13. -Medtronic, Inc | A | Dividend | K | T | | | | | |
| 14. -Buckeye Partners LP | A | Distribution | J | T | | | | | |
| 15. -Citigroup Inc | A | Dividend | J | T | | | | | |
| 16. -Wells Fargo & Co. 8.00% Pfd | A | Dividend | J | T | | | | | |
| 17. -T Rowe Price Tax Free Short Term Interm | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard GNMA Fund | C | Dividend | M | T | | | | | |
| 19. -Wells Fargo Advantage S/T Muni Bd Inv | A | Dividend | L | T | | | | | |
| 20. -Teradata Corp0 | | None | J | T | | | | | |
| 21. -NCR | | None | J | T | | | | | |
| 22. -Travelers Companies Inc | A | Dividend | J | T | | | | | |
| 23. -Marriott Vacations | A | Dividend | K | T | | | | | |
| 24. -Boeing Co | A | Dividend | J | T | | | | | |
| 25. -Ford Motor Company | A | Dividend | J | T | | | | | |
| 26. -T J X COS, Inc. | A | Dividend | J | T | | | | | |
| 27. IRA Acct #8 (H) | | | | | | | | | |
| 28. -Schwab Bank | A | Interest | M | T | | | | | |
| 29. -Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 30. -Vanguard GNMA Fund | C | Dividend | M | T | Sold (part) | 11/14/16 | K | A | |
| 31. -Vanguard Short Term Invesmt Grade Fd | | None | | | Sold | 08/30/16 | J | A | |
| 32. -TRowe Price New Era Fd | A | Dividend | J | T | | | | | |
| 33. -Sequoia Fund | B | Dividend | J | T | | | | | |
| 34. -Cerner | | None | K | T | Sold (part) | 11/11/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Citigroup Inc | A | Dividend | J | T | | | | | |
| 36. -Devon Energy Corp | A | Dividend | J | T | | | | | |
| 37. -Dominion Res Inc va | B | Dividend | K | T | | | | | |
| 38. -Kinder Morgan Inc. | A | Dividend | K | T | | | | | |
| 39. -Pimco Corp Income Fund | C | Dividend | K | T | | | | | |
| 40. -Verizon Communications | B | Dividend | K | T | Sold (part) | 11/11/16 | J | B | |
| 41. -Allergan PLC | | None | K | T | | | | | |
| 42. -Harbor Bond Fund Inst Cl | A | Dividend | J | T | | | | | |
| 43. -TCW Total Return Bond | B | Dividend | K | T | | | | | |
| 44. -Thompson Bond Fund | B | Dividend | K | T | | | | | |
| 45. -Vanguard Short Term Bond | A | Dividend | K | T | | | | | |
| 46. -Annaly Capital Mgmt | C | Dividend | K | T | | | | | |
| 47. -Government Ppty Income Tr | A | Dividend | J | T | Sold (part) | 08/30/16 | J | | |
| 48. -Ishares Iboxx Investment Grade Bond ETF | A | Dividend | J | T | | | | | |
| 49. -Spdr Gold Trust | | None | J | T | | | | | |
| 50. -Blackrock Enhcd Cap & Income | A | Dividend | J | T | | | | | |
| 51. -Visa Inc Cl A | A | Dividend | K | T | Sold (part) | 11/11/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Guggenheim Enhanced Eqty Income Fund | B | Dividend | J | T | | | | | |
| 53. -RMR Group, Inc | A | Dividend | | | Sold | 08/30/16 | J | A | |
| 54. Trust #4 (H) | | | | | | | | | |
| 55. -Fidelity Government Money Market (SPAXX) | A | Dividend | J | T | Open | 01/29/16 | J | | |
| 56. -Fidelity Municipal Money Market (FTEXX) | A | Dividend | M | T | | | | | |
| 57. -AT&T Inc Com | B | Dividend | K | T | | | | | |
| 58. -Anadarko Pete Corp | A | Dividend | J | T | | | | | |
| 59. -Apple Inc | A | Dividend | K | T | | | | | |
| 60. -Brocade Communications Sys | A | Dividend | J | T | | | | | |
| 61. -Enbridge Energy Partners LP | A | Dividend | J | T | | | | | |
| 62. -Forits In Com ISIN | A | Dividend | J | T | Open | 10/17/16 | J | | |
| 63. | | | | | Sold (part) | 10/17/16 | J | A | |
| 64. -Ishares Inc MSCI Canada Index Fd | A | Dividend | K | T | | | | | |
| 65. -ITC Hldgs Corp | A | Dividend | | | Merged (with line 62) | 10/17/16 | J | D | |
| 66. -Pimco Mun Income Fd II | B | Dividend | K | T | | | | | |
| 67. -SPDR Ser Tr Morgan Stanley Tech | A | Dividend | J | T | | | | | |
| 68. -Tata Motors Limited Adr Ea Rep | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Rovner, Ilana D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | -American Century Inter Term Tax Free Bond (TWTIX) | A | Dividend | K | T | | | | | |
| 70. | -Baird Intermediate Muni Bond Invs Cl (BMBSX) | B | Dividend | M | T | | | | | |
| 71. | -BMO Intermediate Tax Free | A | Dividend | K | T | | | | | |
| 72. | -Pimco Total Return Class D (PTTDX) | A | Dividend | K | T | | | | | |
| 73. | -T Rowe Price Tax Free Short Inter (PRFSX) | A | Dividend | L | T | | | | | |
| 74. | -Thornburg Strategic Munipal Income C (TSSCX) | B | Dividend | L | T | | | | | |
| 75. | -Vanguard GNMA Investor Cl (VFIIX) | A | Dividend | J | T | | | | | |
| 76. | -Wells Fargo Short Term Muni Bd-Invest (STSMX) | A | Dividend | L | T | | | | | |
| 77. | College Fund 529 #1 (H) | | | | | | | | | |
| 78. | -Capital World Growth & Income Fund Class 529A | A | Dividend | K | T | Buy (add'l) | 12/19/16 | J | | |
| 79. | -Fundamental Investors Class 529A | B | Dividend | K | T | Buy (add'l) | 12/19/16 | J | | |
| 80. | -Growth Fund of America Class 529A | B | Dividend | K | T | Buy (add'l) | 12/19/16 | J | | |
| 81. | -New World Fund Class 529A | | None | | | Sold | 02/19/16 | J | | |
| 82. | -Washington Mutual Investors Fund Class 529A | B | Dividend | K | T | Buy (add'l) | 02/19/16 | J | | |
| 83. | | | | | | Buy (add'l) | 12/19/16 | J | | |
| 84. | College Fund 529 #2 (H) | | | | | | | | | |
| 85. | -Capital World Growth & Income Fund Class 529A | F | Dividend | K | T | Buy (add'l) | 12/19/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Fundamental Investors Class 529A | B | Dividend | K | T | Buy (add'l) | 12/19/16 | J | | |
| 87. -Growth Fund of America Class 529A | C | Dividend | K | T | Buy (add'l) | 12/19/16 | J | | |
| 88. -New World Fund Class 529A | | None | | | Sold | 02/19/16 | J | | |
| 89. -Washington Mutual Investors Fund Class 529A | C | Dividend | L | T | Buy (add'l) | 02/19/16 | J | | |
| 90. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 91. Trust #5 (H) | | | | | | | | | |
| 92. -UBS Bank USA Dep Acct | A | Dividend | K | T | | | | | |
| 93. -American Funds International Growth and Income Class A | A | Dividend | K | T | Buy | 04/25/16 | K | | |
| 94. -American Funds Amcap Fund Cl A | B | Dividend | K | T | | | | | |
| 95. -American Funds Fundamental Investors Fund Cl A | B | Dividend | K | T | | | | | |
| 96. -American Funds Growth Fund of America Class A | B | Dividend | K | T | | | | | |
| 97. -American Funds Washington Mutual Investors Fund Cl A | E | Dividend | M | T | | | | | |
| 98. -First Eagle Fund of America Fund Class C | | None | | | Sold | 04/25/16 | K | B | |
| 99. -American Funds American Balanced Fund Cl A | D | Dividend | M | T | | | | | |
| 100. -American Funds Income Fund of America Cl A | D | Dividend | M | T | | | | | |
| 101. Trust #6 (H) | | | | | | | | | |
| 102. -UBS Bank USA Dep Acct | | None | K | T | Open | 06/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -UBS RMA Government Money Market Fund | A | Dividend | K | T | Open | 06/24/16 | L | | |
| 104. -RMA Tax-Free Fund | A | Dividend | | | Closed | 06/24/16 | L | | |
| 105. -IShares Russell 2000 ETF | A | Dividend | K | T | | | | | |
| 106. -IShares Russell Midcap ETF | A | Dividend | L | T | | | | | |
| 107. -American Funds International Growth and Income Class A | B | Dividend | L | T | | | | | |
| 108. -American Funds New World Fund Cl A | | None | | | Sold | 02/19/16 | L | | |
| 109. -American Funds Amcap Fund Cl A | C | Dividend | M | T | | | | | |
| 110. -American Funds Fundamental Investors Fund Cl A | D | Dividend | M | T | | | | | |
| 111. -American Funds Growth Fund of America Class A | D | Dividend | M | T | | | | | |
| 112. -American Funds American High Income Muni Bond Fund Cl A | B | Dividend | L | T | | | | | |
| 113. -American Funds Intermediate Bond Fund of America Cl A | A | Dividend | K | T | | | | | |
| 114. -American Funds American Balanced Fund Cl A | D | Dividend | M | T | | | | | |
| 115. -American Funds Income Fund of America Cl A | D | Dividend | N | T | | | | | |
| 116. -American Funds Washington Mutual Investors Fund CL A | C | Dividend | L | T | Buy | 02/19/16 | L | | |
| 117. IRA #6 (H) | | | | | | | | | |
| 118. -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 119. -American Funds Growth Fund of America Class A | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -American Funds New Perspective Fund Cl A | D | Dividend | M | T | | | | | |
| 121.  -American Funds Washington Mutual Investors Fund Cl A | D | Dividend | M | T | | | | | |
| 122.  -American Funds Capital World Growth & Income Fund | D | Dividend | M | T | | | | | |
| 123.  -American Funds Global Balanced Fund A | C | Dividend | M | T | | | | | |
| 124.  -American Funds American Balanced Fund Cl A | D | Dividend | N | T | | | | | |
| 125.  -American Funds Income Fund of America Cl A | D | Dividend | N | T | | | | | |
| 126.  IRA # 7 (H) | | | | | | | | | |
| 127.  -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 128.  -American Funds Capital World Growth & Income Fund(X) | D | Dividend | M | T | | | | | See Note 2 |
| 129.  -American Funds Growth Fund of America Class A | D | Dividend | M | T | | | | | |
| 130.  -American Funds New Perspective Fund Cl A | C | Dividend | M | T | | | | | |
| 131.  -American Funds Washington Mutual Investors Fund Cl A | D | Dividend | M | T | | | | | |
| 132.  -American Funds Global Balanced Fund A(X) | C | Dividend | M | T | | | | | See Note 2 |
| 133.  -American Funds American Balanced Fund Cl A(X) | D | Dividend | N | T | | | | | See Note 2 |
| 134.  -American Funds Income Fund of America Cl A(X) | D | Dividend | N | T | | | | | See Note 2 |
| 135.  IRA #4 (H) | | | | | | | | | |
| 136.  -UBS Bank USA Dep Acct | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Adient PLC | | None | J | T | Spinoff (from line 140) | 10/31/16 | J | | |
| 138.  -Johnson Controls Inc. | A | Dividend | | | Buy | 07/27/16 | J | | |
| 139. | | | | | Merged (with line 140) | 09/06/16 | J | | |
| 140.  -Johnson Ctls Intl PLC | | None | J | T | Open | 09/06/16 | J | | |
| 141. | | | | | Sold (part) | 09/06/16 | J | A | |
| 142.  -Guggenheim S &P 500 Equal Weigt EFT | A | Dividend | K | T | | | | | |
| 143.  -Ishares Russell 2000 EFT | A | Dividend | L | T | | | | | |
| 144.  -Ishares MSCI Emerging Markets EFT | | None | | | Sold | 02/19/16 | K | | |
| 145.  -Spdr S&P Dividend EFT | A | Dividend | K | T | | | | | |
| 146.  -Wisdomtree Emerging Markets | | None | | | Sold | 02/19/16 | J | | |
| 147.  -IShares Russell Midcap ETF | A | Dividend | K | T | | | | | |
| 148.  -Teton Westwood Mighty Mites Fund Class AAA | C | Dividend | L | T | | | | | |
| 149.  -Invesco Equally-Weighted S&P 500 Fund | A | Dividend | L | T | | | | | |
| 150.  -Vanguard Total Stock Mkt Idx Adm | B | Dividend | L | T | | | | | |
| 151.  -Vanguard Equity Income Fund Admiral | B | Dividend | K | T | | | | | |
| 152.  -Vanguard Index Funds Vanguard Value ETF | B | Dividend | L | T | Buy | 02/19/16 | K | | |
| 153.  -Vanguard FTSE Developed Mkt ETF | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Dodge & Cox Stock Fund | C | Dividend | L | T | | | | | |
| 155. -Dodge & Cox Global Stock Fund | B | Dividend | L | T | | | | | |
| 156. -Dodge & Cox Balanced Fd | B | Dividend | K | T | | | | | |
| 157. -Powershares FTSE RAFI | A | Dividend | K | T | | | | | |
| 158. IRA #9 (H) | | | | | | | | | |
| 159. -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 160. -Ishares Russell 1000 EFT | B | Dividend | M | T | | | | | |
| 161. -Ishares Russell 2000 EFT | B | Dividend | M | T | | | | | |
| 162. -Ishares Russell Midcap EFT | B | Dividend | M | T | | | | | |
| 163. American Funds American Mutual Fund Cl A (Y) See Note 3 | | | | | | | | | |
| 164. -American Funds Growth Fund of America Class A | D | Dividend | M | T | | | | | |
| 165. -American Funds New Perspective Fund Cl A | D | Dividend | M | T | | | | | |
| 166. -American Funds Washington Mutal Investor Fund | D | Dividend | M | T | | | | | |
| 167. -American Funds Global Balanced Fund A | C | Dividend | M | T | | | | | |
| 168. -American Funds American Balanced Fund Cl A | D | Dividend | N | T | | | | | |
| 169. -American Funds Capital World Growth & Income Fund | D | Dividend | M | T | | | | | |
| 170. -American Funds Income Fund of America | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Brokerage #1 (H) | | | | | | | | | |
| 172. -Tax-Exempt Money Mkt | A | Int./Div. | J | T | | | | | |
| 173. -Treasury Money Market | A | Int./Div. | J | T | | | | | |
| 174. IRA #10 (H) | | | | | | | | | |
| 175. -Federal Money Mkt Fnd | A | Dividend | K | T | Buy | 10/25/16 | K | | |
| 176. -Prime Money Mkt Fund | A | Dividend | | | Buy | 01/15/16 | K | | |
| 177. | | | | | Sold | 10/25/16 | K | | |
| 178. -Total Stock Mkt Idx Adm | A | Dividend | K | T | Sold (part) | 01/15/16 | K | D | |
| 179. Brokerage #2 (H) | | | | | | | | | |
| 180. -Federal Money Mkt | B | Dividend | J | T | | | | | |
| 181. -Tax-Exempt Money Mkt | A | Dividend | J | T | | | | | |
| 182. -Treasury Money Market | A | Dividend | J | T | | | | | |
| 183. IRA #11 (H) | | | | | | | | | |
| 184. -Dividend Growth Fund | C | Dividend | M | T | | | | | |
| 185. -Federal Money Mkt Fnd | A | Dividend | N | T | Buy | 10/26/16 | M | | |
| 186. -GNMA Fund Admiral Shares | C | Dividend | L | T | Sold (part) | 11/23/16 | K | A | |
| 187. Inflation-Protected Sec Adm(Y) | | | | | | | | | See Note 5 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Prime Money Mkt Fund | A | Dividend | | | Sold | 10/26/16 | M | | |
| 189. -Selected Value Fund | B | Dividend | K | T | Sold (part) | 01/15/16 | K | | |
| 190. -Short-Term Invest Gr Adm | B | Dividend | L | T | | | | | |
| 191. -STerm Inf Pro Sec Idx Adm | A | Dividend | L | T | | | | | |
| 192. -Treasury Money Market | A | Dividend | K | T | | | | | |
| 193. -Wellesley Income Fund Adm | C | Dividend | L | T | Sold (part) | 11/23/16 | K | D | |
| 194. -Windsor II Fund Adm | C | Dividend | K | T | Sold (part) | 01/15/16 | K | | |
| 195. -Vanguard Federal Money Market Fund See Note 4 | A | Dividend | K | T | | | | | |
| 196. -Artisan Intl Investor CL | A | Dividend | K | T | | | | | |
| 197. -FPA Crescent | B | Dividend | K | T | | | | | |
| 198. -Harbor Intl Investor CL | | None | | | Sold | 11/23/16 | K | | |
| 199. -Vanguard Dividend Appreciation ETF | A | Dividend | K | T | Sold (part) | 01/15/16 | K | C | |
| 200. -Vanguard High Dividend Yield ETF | B | Dividend | K | T | Sold (part) | 01/15/16 | J | A | |
| 201. | | | | | Sold (part) | 11/23/16 | K | C | |
| 202. -Vanguard Total Intl Stock Index Fund EFT | | None | | | Sold | 01/15/16 | K | | |
| 203. -PRIMECAP Core Fund | B | Dividend | K | T | | | | | |
| 204. -PRIMECAP Fund Investor | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Brokerage #3 (H) | | | | | | | | | |
| 206. -Fidelity Government Money Market | | None | J | T | Open | 01/20/16 | K | | |
| 207. -United Finl Bancorp Inc Md Com | A | Dividend | J | T | | | | | |
| 208. -MFS Utilities Class A | A | Dividend | J | T | | | | | |
| 209. -Fidelity Mass Muni Money Market | A | Dividend | J | T | | | | | |
| 210. IRA #12 (H) | | | | | | | | | |
| 211. -Vanguard Appreciation Div Index Fd Viper SHS | C | Dividend | K | T | | | | | |
| 212. - Vanguard Consumer Staples Vipers | A | Dividend | K | T | Sold (part) | 01/20/16 | J | | |
| 213. -Vanguard Utils Vipers | B | Dividend | J | T | | | | | |
| 214. -Vanguard Total Stk Index Fd(X) | | None | | | Sold | 01/20/16 | J | | See Note 6 |
| 215. -Oppenheimers Steel Path MLP Income Cl Y | C | Dividend | K | T | | | | | |
| 216. -SPDR Gold Tr Gold SHS | | None | J | T | Buy | 06/21/16 | J | | |
| 217. -Barclays PLC | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 218. | | | | | Sold (part) | 10/28/16 | J | A | |
| 219. -Fidelity Government Money Market | A | Dividend | K | T | | | | | |
| 220. IRA #13 (H) | | | | | | | | | |
| 221. -Atlas Energy Group LLC Com | | None | J | T | Buy | 01/27/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Berkshire Hathaway Inc Del Cl B | | None | M | T | | | | | |
| 223. -BHP Billiton Limited ADR Each Rep 2 Ord | A | Dividend | J | T | Sold (part) | 01/28/16 | J | | |
| 224. -South32 LTD Spon ADR EA Repr 5 ORD | | None | | | Sold | 01/28/16 | J | | |
| 225. -IShares Silver Tr Ishares | | | J | T | | | | | |
| 226. -Ishares Russell Midcap | A | Dividend | L | T | | | | | |
| 227. -Ishares Core S&P Small Cap EFT | A | Dividend | L | T | Sold (part) | 01/20/16 | K | E | |
| 228. -Powershares QQQ Tr Unit Ser | A | Dividend | L | T | Sold (part) | 01/21/16 | L | E | |
| 229. -SPDR Gold Tr Gold SHS | | None | K | T | | | | | |
| 230. -Sprtn Total Mkt Indx Fid Advantage Class | | None | | | Sold | 01/15/16 | K | E | |
| 231. -Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 232. -Fidelity Low Priced Stock | C | Dividend | L | T | | | | | |
| 233. -Fidelity Floating Rate High Income | A | Dividend | | | Sold | 01/19/16 | J | C | |
| 234. -Fidelity Government Income | A | Dividend | J | T | | | | | |
| 235. -Pimco All Asset Fund Class D | A | Dividend | K | T | | | | | |
| 236. -Fidelity Treasury Only Money Market Fd | A | Dividend | J | T | | | | | |
| 237. -Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |
| 238. Bank Account #1 - Bank of America | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Bank Account #2 - JPMorgan Chase(X) | | None | J | T | Open | | | | Became reportable in 2016 |
| 240. President & Fellows of Harvard - Trusts & Gifts Department | B | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Part III-A  Pension distribution from employer of deceased husband.  Not reported in prior years .

Note 2: Part VII, Lines 128, 132, 133, 134.  November 2015 purchases omitted from prior report.

Note 3: Part VII, Line 163.  Prior year report reported "sold part", should have been "sold".

Note 4: Part VII, Line 194.  Money market account opened in 2015 but not included therein.

Note 5. Part VII, Line 187.  Disposition reported on 2013 report but name not deleted.

Note 6. Part VII, Line 214.  Security purchased 2/9/15, but not listed on 2015 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ilana D. Rovner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544